984

No. 80–1256. Nesbitt v. United States. C. A. 9th Cir. Certiorari denied.

No. 80–1274. Connor v. United States et al. C. A. 6th Cir. Certiorari denied.

No. 80–1281. Sea-Land Service, Inc. v. Federal Maritime Commission et al.; and
No. 80–1346. Trans-Pacific Freight Conference of Japan/Korea et al. v. Federal Maritime Commission et al. C. A. D. C. Cir. Certiorari denied. Reported below: 209 U. S. App. D. C. 27, 650 F. 2d 1235.

No. 80–1302. Shaffer v. Cook, Judge, et al. C. A. 10th Cir. Certiorari denied.

No. 80–1308. Ocanas et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–1333. Prochaska v. Marcoux. C. A. 10th Cir. Certiorari denied.

No. 80–1341. In re Sutton. C. A. 2d Cir. Certiorari denied.

No. 80–1369. South Dakota v. Lewis, Secretary of Transportation, et al. C. A. 8th Cir. Certiorari denied.

No. 80–1384. Shindelar v. Holdeman et al. C. C. P. A. Certiorari denied.

No. 80–1432. Kenney v. United States. C. A. 2d Cir. Certiorari denied.

No. 80–1452. Sahara-Tahoe Corp. v. National Labor Relations Board et al. C. A. 9th Cir. Certiorari denied.

No. 80–1461. Clear Pine Mouldings, Inc. v. National Labor Relations Board. C. A. 9th Cir. Certiorari denied.